IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CATHIE JUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:09-cv-1353 (AJT/JFA) |
| | ) |
| CATHIEJUNG.COM, | ) |
| an internet domain name, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 20) of the Magistrate Judge recommending that plaintiff Cathie Jung's motion for default judgment (Doc. No. 15) be granted, that default judgment be entered against defendant domain name <cathiejung.com> under Fed. R. Civ. P. 55(b)(2), and that the domain name be transferred to plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(I). No objections to the Report and Recommendations have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff Cathy Jung's motion for default judgment (Doc. No. 15) be, and the same hereby is, GRANTED; it is further

ORDERED that default judgment be, and the same hereby is, entered against defendant domain name <cathyjung.com> under Fed. R. Civ. P. 55(b)(2); and it is further

ORDERED that the domain name <cathyjung.com> be, and the same hereby is, transferred to plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(I).

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 14, 2009