**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **CATHIE JUNG,** an individual.<br><br>Plaintiff<br><br>vs.<br><br>**<CATHIEJUNG.COM>,**<br><br>an Internet Domain Name<br><br>Defendant. | CIVIL ACTION NO.  1:09 cv 1353 AJT/JFA |

**NOTICE OF HEARING DATE FOR MOTION FOR AMENDMENT OF ORDER**

Please take notice that Plaintiff Cathie Jung, by its undersigned counsel, shall present the attached Motion For Amendment of Order on Friday, July 23, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted

Date:   July 9, 2010                                             _____/shs/_____
                                                                              Stephen H. Sturgeon, Jr.  Esquire
                                                                              Virginia Bar # 46142
                                                                              Attorney For Cathie Jung, Plaintiff
                                                                              Stephen H. Sturgeon, Attorney
                                                                              11116 Hurdle Hill Drive
                                                                              Potomac, Md 20854
                                                                              301 983 6111 (voice)
                                                                              202 595 7806 (fax)
                                                                              shs@sturgeonfirm.com