IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CATHIE JUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09-cv-1353 (AJT/JFA) |
| ) | |
| CATHIEJUNG.COM, ) | |
| an internet domain name, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **AMENDED ORDER**

This matter is before the Court on the Report and Recommendations (Doc. No. 20) of the Magistrate Judge recommending that plaintiff Cathie Jung's Motion for Default Judgment (Doc. No. 15) be granted, that default judgment be entered against defendant domain name <cathiejung.com> under Fed. R. Civ. P. 55(b)(2), and that the domain name be transferred to plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(I). No objections to the Report and Recommendations have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff Cathie Jung's Motion for Amendment of Order (Doc. No. 22) be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that default judgment be, and the same hereby is, entered against defendant domain name <cathiejung.com> under Fed. R. Civ. P. 55(b)(2); and it is

FURTHER ORDERED that the domain name <cathiejung.com> be, and the same hereby is, transferred to plaintiff pursuant to 15 U.S.C. § 1125(d)(2)(D)(I); and it is

FURTHER ORDERED that the registry VeriSign, Inc.[1] transfer the registrar of record for the domain name <cathiejung.com> from PSI-USA to the registrar Network Solutions, LLC; and it is

FURTHER ORDERED that Network Solutions, LLC transfer the registration of the domain name <cathiejung.com> to plaintiff.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 15, 2010

---

[1] The original version of this Order (Doc. No. 21) did not refer to VeriSign, Inc. by name.